# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BYRON CRAIG HERD,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIV-21-240-RAW |
| | ) |
| **STATE OF OKLAHOMA,** | ) |
| | ) |
| Respondent. | ) |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **Tulsa County**, Oklahoma, which is located within the territorial jurisdiction of the **Northern District of Oklahoma**. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred to the Northern District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED THIS 17TH DAY OF AUGUST, 2021.**

_____
**HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA**